# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: <br><br> John P. March <br><br> Debtor(s) | Case No.: 19-00965 <br> Chapter: 13 <br> Plan filed on 01/14/2019 <br><br> Confirmation Hearing: 3/22/19 at 11:00AM <br><br> Judge A. Benjamin Goldgar (Lake) |

## NOTICE OF FILING

**TO:** Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
John P. March, Debtor(s), 364 Minuet Circle, Volo, IL 60073
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF

PLEASE TAKE NOTICE that on 3/18/2019, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, an Objection to Confirmation of the proposed Chapter 13 Plan. A copy of which is hereto attached.

## CERTIFICATION

I hereby certify that I served a copy of Notice to the above, as to the Trustee and Debtor's attorney via electronic notice on 3/18/2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on 3/18/2019.

/s/ Joel P. Fonferko
Attorney for Objector

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
Brenda Ann Likavec ARDC#6330036
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-17-18228)**

NOTE: This law firm is a debt collector.