**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No.19-00965 |
| | Chapter 13 |
| John P. March | Judge Goldgar |
| | Lake County |
| Debtor. | |

**NOTICE OF CONSUMERS CREDIT UNION'S**
**WITHDRAWAL OF ITS OBJECTION TO CONFIRMATION**

Consumers Credit Union, the "Credit Union," by and through its attorneys Kerry Trunkett and Caroline Hasten of Trunkett & Trunkett, P.C., withdraws its objection to confirmation of the Chapter 13 Plan filed on January 18, 2019 (Document Number 14) as Debtor's Chapter 13 Modified Plan filed on April 25, 2019(Document Number 37) satisfies the Credit Union's Objection.

Respectfully submitted,
Consumers Credit Union

By: */s/ Caroline Hasten*

Caroline Hasten, One of Its Attorneys

**TRUNKETT & TRUNKETT, P.C.**
20 N. Wacker Drive, Suite 1434
Chicago, Illinois 60606
(312) 324.3101
fax 312.268.6420
Caroline Hasten: 6316656
chasten@trunkettlawpc.com