**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No.19-00965 |
| | Chapter 13 |
| John P. March | Judge Goldgar |
| | Lake County |
| Debtor. | |



**NOTICE OF FILING**

     PLEASE TAKE NOTICE that on April 30, 2019, we filed Consumers Credit Union's Objection to Confirmation of Plan with the Clerk of the Bankruptcy Court for the Northern District of Illinois, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,
Consumers Credit Union, Objector,

By: /s/ Caroline Hasten
     Caroline Hasten, One of its attorneys

**CERTIFICATE OF SERVICE**

     The undersigned, under penalties of perjury certifies and states that she has on April 30, 2019, served the attached documents upon the person or persons to whom addressed in this cause by either electronic delivery or by U.S. Mail as set forth herein.

**By Electronic Delivery:**

| | |
|---|---|
| David M. Siegel | Glenn B Stearns |
| Attorney for Debtor | Chapter 13 Trustee |

**By U.S. Mail, postage prepaid, mailed from 20 N. Wacker Drive, Chicago, Illinois:**
John P. March
364 Minuet Circle
Volo, IL 60073

     /s/ Caroline Hasten
     Caroline Hasten, Attorney at Law

**TRUNKETT & TRUNKETT, P.C.**
20 N. Wacker Drive,Suite 1434
Chicago, Illinois 60606
(312) 324.3101
fax 312.268.6420
Caroline Hasten: 6316656
