**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____John March_____ Case No. ___19 B 00965___ Chapter _13_

All Cases: Moving Creditor _Symphony Meadows Homeowners Association_ Date Case Filed _January 14, 2019_

Nature of Relief Saught:    **XX** Lift Stay    Annul Stay    Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _May 3, 2019_

Chapter 7:    No-Asset Report Filed on _____
             No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral

    a.    **XX** Home _____ 364 Minuet Circle, Volo, Illinois _____
    b.    ___ Car   Year, Make and Model _____
    c.    ___ Other (describe) _____

2. Balance Owed as of Petition Date $110.00 Includes Fees and Costs.
   Total of all other Liens against Collateral $283,583.73 Per Debtor(s) Schedule D.

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $265,757.00 Per Debtor(s) Schedule A

5. Default

    a.    **XX** Pre-Petition Default
          Number of months _____3+_____ Amount $ _____110.00_____

    b.    **XX** Post-Petition Default

          i.    **XX** On direct payments to the moving creditor
                Number of months _____8+_____ Amount $ _____1,602.50_____
          ii.   ___ On payments to the Standing Chapter 13 Trustee
                Number of months _____ Amount $ _____

6. Other Allegations

    a.    ___ Lack of Adequate Protection § 362(d)(1)
          i.    ___ No insurance
          ii.   ___ Taxes unpaid        Amount $ _____
          iii.  ___ Rapidly depreciating asset
          iv.   **XX** Other (describe) Failure to pay association assessments, fees, and costs

    b.    **XX** No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c.    ___ Other "Cause" § 362(d)(1)
          i.    ___ Bad Faith _____
          ii.   ___ Multiple filings _____
          iii.  **XX** Other (describe) Failure to provide notice & failure to provide cure for pre arrearages

    d.    Debtor's Statement of Intention regarding the collateral
          i. Reaffirm    ii. Redeem    iii. Surrender    iv. No Statement of Intention Filed

Date: September 3, 2019           /s/ Ronald J. Kapustka _____
                                  Counsel for Movant

(Rev. 12/21/09)

NOTE:    Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

iManage\CSYM001\61124\4045938.v1-9/3/19