DATE: 9/03/19 TIME: 10:30 AM               **SYMPHONY MEADOWS HOA**                               Page: 1

**FINANCIAL TRANSACTIONS - 09/03/19**

364 MINUET CIRCLE  
JOHN MARCH  
Unit ID: 364007  
PREPAID BAL:    0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 120116 | | EXPENSE ADJ | | A1 | | ASSESSMENT | 19.50 | 19.50 |
| 120516 | 0.02 | 12368391 | 120516 | A1 | | ASSESSMENT | (0.02) | 19.48 |
| 010117 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 39.48 |
| 011717 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 49.48 |
| 020117 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 69.48 |
| 021517 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 79.48 |
| 030117 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 99.48 |
| 031517 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 109.48 |
| 040117 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 129.48 |
| 042517 | 119.48 | 694 | 042517 | A1 | | ASSESSMENT | (99.48) | 10.00 |
| 042517 | | | | 01 | | Late Fees | (20.00) | |
| 050117 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 30.00 |
| 041717 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 40.00 |
| 051517 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 50.00 |
| 060117 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 70.00 |
| 070117 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 90.00 |
| 080117 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 110.00 |
| 081517 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 120.00 |
| 090117 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 140.00 |
| 091517 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 150.00 |
| 100117 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 170.00 |
| 101617 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 180.00 |
| 110117 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 200.00 |
| 111517 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 210.00 |
| 120117 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 230.00 |

Case 19-00965   Doc 47-2   Filed 09/03/19   Entered 09/03/19 14:02:59   Desc
Supplement Post-Petition Account Ledger   Page 2 of 3

DATE: 9/03/19 TIME: 10:30 AM                    **SYMPHONY MEADOWS HOA**                    Page: 2

**FINANCIAL TRANSACTIONS - 09/03/19**

364 MINUET CIRCLE
JOHN MARCH
Unit ID: 364007
PREPAID BAL:    0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 121517 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 240.00 |
| 010118 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 260.00 |
| 011618 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 270.00 |
| 020118 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 290.00 |
| 030118 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 310.00 |
| 032418 | 370.00 | CC4161699 | 032418 | A1 | | ASSESSMENT | (220.00) | (60.00) |
| 032418 | | | | 01 | | Late Fees | (90.00) | |
| 032418 | | | | PP | | Credit-Prepaid | (60.00) | |
| 031518 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | (50.00) |
| 040118 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | (30.00) |
| 033118 | | APPLY PREPAYMNT | | A1 | | ASSESSMENT | (20.00) | (30.00) |
| 033118 | | | | 01 | | Late Fees | (10.00) | (30.00) |
| 050118 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | (10.00) |
| 043018 | | APPLY PREPAYMNT | | A1 | | ASSESSMENT | (20.00) | (10.00) |
| 060118 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 10.00 |
| 053118 | | APPLY PREPAYMNT | | A1 | | ASSESSMENT | (10.00) | 10.00 |
| 070118 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 30.00 |
| 071618 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 40.00 |
| 080118 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 60.00 |
| 081518 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 70.00 |
| 090118 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 90.00 |
| 091718 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 100.00 |
| 100118 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 120.00 |
| 110118 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 140.00 |

DATE: 9/03/19 TIME: 10:30 AM         SYMPHONY MEADOWS HOA                Page: 3

**FINANCIAL TRANSACTIONS - 09/03/19**

364 MINUET CIRCLE  
JOHN MARCH  
Unit ID: 364007  
PREPAID BAL:    0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 120118 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 160.00 |
| 111518 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 170.00 |
| 010119 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 190.00 |
| 010319 | 80.00 | CC4706428 | 010319 | A1 | | ASSESSMENT | (80.00) | 110.00 |
| 020119 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 130.00 |
| 021519 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 140.00 |
| 030119 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 160.00 |
| 031519 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 170.00 |
| 040119 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 190.00 |
| 041519 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 200.00 |
| 050119 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 220.00 |
| 051719 | | EXPENSE ADJ | | 07 | | Misc. Charges | 75.00 | 295.00 |
| 051719 | DELINQ. TURNOVER FEE | | | | | | | |
| 051519 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 305.00 |
| 060119 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 325.00 |
| 060519 | | EXPENSE ADJ | | 05 | | Attorney Fees | 106.00 | 431.00 |
| 060519 | LEGAL-5/22 PREP OF COLLECTION LETTER | | | | | | | |
| 061719 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 441.00 |
| 070119 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 461.00 |
| 071519 | | EXPENSE ADJ | | 01 | | Late Fees | 10.00 | 471.00 |
| 080119 | | APPLY CHARGES | | A1 | | ASSESSMENT | 20.00 | 491.00 |
| 081619 | | EXPENSE ADJ | | 05 | | Attorney Fees | 238.50 | 729.50 |
| 081619 | LEGAL-8/1 BANKRUPTCY SEARCH, PREP OF LETTER | | | | | | | |
| 081619 | TO MANAGEMENT REGARDING BANKRUPTCY | | | | | | | |

|  |  |
|---|---|
| ACCOUNT BALANCE | $ 729.50 |
| - PRE-PETITION BALANCE | $ 110.00- |
| = POST BALANCE | $ 619.50 |
| + 8/2019 LATE FEE | $   10.00 |
| + 9/1/19 ASSESSMENT | $   20.00 |
| + LEGAL MOTION TO MODIFY STAY | $ 772.00 |
| + LEGAL FILING FEE | $ 181.00 |
| TOTAL | $ 1,602.50 |