**POST-PETITION LOAN HISTORY**

John P. March

19-00965

| Mortgage Payment Amount | Effective Date |
|---|---|
| $2,422.34 | 2/1/2019 |
|  |  |
|  |  |

| Date Received | Amount Received | Applied To | Amount Due | Late Charges | Suspense Balance |
|---|---|---|---|---|---|
| 02/11/19 | $2,200.00 |  |  |  | $2,200.00 |
| 04/11/19 | $2,200.00 | 02/01/19 | $2,422.34 |  | $1,977.66 |
| 05/21/19 | $2,196.00 | 03/01/19 | $2,422.34 |  | $1,751.32 |
|  |  |  |  |  | $1,751.32 |
| **DEBTORS POST-PETITION DUE FOR 4/1/19** | | | | | |

Please note that recent payments applied may not have cleared.

Please note that payments received from the trustee for pre-petition arrearages are not included.

NOTE: This law firm is deemed to be a debt collector.