UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                     )        BK No.:    19-00965
                                           )
JOHN MARCH                                 )
                                           )        Chapter:  13
                                           )        Honorable A. Benjamin Goldgar
                                           )
                                           )
          Debtor(s)                        )

## ORDER MODIFYING THE AUTOMATIC STAY

This cause, coming on to be heard pursuant to the Motion of Symphony Meadows Homeowners Association to modify the automatic stay Symphony Meadows Homeowners Association appearing by counsel, Ronald J. Kapustka of Kovitz Shifrin Nesbit, and the Court, being duly advised in the premises:

NOW ORDERS:

1. The Motion of Symphony Meadows Homeowners Association to Modify the Automatic Stay is hereby granted.

2. Symphony Meadows Homeowners Association is hereby permitted to proceed with its eviction action in respect to the property commonly known as 364 Minuet Circle, Volo, Illinois to file its lien on the property and to collect assessments against the Debtor pre and post-petition.

3. Rule 4001 (a) (3) is not applicable, and the effect of this order is not stayed.

Enter:

_Honorable A. Benjamin Goldgar_
United States Bankruptcy Judge

Dated:    **2 0 SEP 2019**

**Prepared by:**
Ronald J. Kapustka, Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095 / KSN FILE (CSYM001-61124)